Vacated by Supreme Court, May 16, 2005
Certiorari granted, May 16, 2005

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-4951**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VERNON ANDRE JACKSON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Marvin J. Garbis, Senior District Judge.
(CR-02-257-MJG)

———————

Submitted:  December 17, 2004        Decided:  January 10, 2005

———————

Before NIEMEYER, LUTTIG, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth W. Ravenell, SCHULMAN, TREEM, KAMINKOW, GILDEN & RAVENELL,
PA, Baltimore, Maryland, for Appellant. Thomas M. DiBiagio, United
States Attorney, John F. Purcell, Jr., Assistant United States
Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vernon Andre Jackson appeals from his conviction for possession with intent to distribute 500 grams or more of cocaine, for which he received a 108-month sentence.  Finding no error, we affirm.

Jackson's sole contention on appeal is that the district court erred in denying his motion to suppress evidence.  Legal conclusions underlying the denial of a motion to suppress are reviewed de novo and factual findings are reviewed for clear error. Ornelas v. United States, 517 U.S. 690, 699 (1996); United States v. Rusher, 966 F.2d 868, 873 (4th Cir. 1992).

We have fully reviewed the materials submitted by the parties, including the transcript of the suppression hearing and the district court's opinion, and find no error in the district court's order denying in part Jackson's motion to suppress evidence.  Accordingly, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED